**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BLOSSOM ABA THERAPY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:26-cv-00770** |
| | ) | |
| **BLOSSOMS ABA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Attorney Mayer S. Klein moves for leave to withdraw as counsel for Plaintiff Blossom ABA Therapy, LLC. Plaintiff will continue to be represented by Samuel Louis Blatnick, Serge Krimnus and Bochner PLLC.

Dated: July 10, 2026

Respectfully submitted,

FRANKEL, RUBIN, KLEIN
PAYNE & PUDLOWSKI, P.C.

By: /s/ *Mayer S. Klein*
MAYER S. KLEIN, MO #32605
mklein@frankelrubin.com
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Telephone: (314) 725-8000
Facsimile: (314) 726-5837

**CO-COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Rudolph A. Telscher, Jr.
**Husch Blackwell LLP**
8001 Forsyth Blvd, Suite 1500
St. Louis, MO 631005
rudy.telscher@huschblackwell.com

/s/ *Mayer S. Klein*
MAYER S. KLEIN