**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| BLOSSOM ABA THERAPY LLC, <br><br>          Plaintiff, <br><br> vs. <br><br> BLOSSOM ABA, LLC <br><br><br>          Defendant. | **Case No. 4:26-CV-770** |

**NOTICE OF WITHDRAWAL**

COMES NOW, Plaintiff, Samuel Louis Blatnick ("Plaintiff" or "Mr. Blatnick"), by and through himself, and provides notice of his withdrawal in this Action.  Mr. Blatnick is no longer affiliated with Bochner.  He was terminated at the close of business on July 2, 2026, three days after complaining of overt and implicit religious discrimination.  Mr. Blatnick accordingly requests that he be removed as counsel in this Action and removed from the ECF service list.

Dated:  July 16, 2026

Respectfully submitted,

**BLATNICK LAW LLC**

By:    */s/ Samuel L Blatnick*
        Samuel Louis Blatnick, Esq.
        15732 Oakmont St.
        Overland Park, KS 66221
        Samblatnick@gmail.com
        (KS # 27122)

1

**CERTIFICATE OF SERVICE**

Defendant, Mr. Blatnick, certifies under the penalty of perjury that the counsel for all

Parties were served via the court's electronic filing system on June 16, 2026.