**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| BLOSSOM ABA THERAPY, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>BLOSSOMS ABA, LLC,<br><br>     Defendant. | Civil Action No.: 4:26-cv-00770-JMD |

**PLAINTIFF / COUNTERCLAIM-DEFENDANT'S MOTION TO DISMISS COUNT III OF DEFENDANT / COUNTERCLAIM-PLAINTIFF'S COUNTERCLAIMS AS TO "BUDDING SUCCESS ABA"**

Plaintiff/Counterclaim-Defendant Blossom ABA Therapy, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully moves to dismiss Count III of Defendant/Counterclaim-Plaintiff Blossoms ABA, LLC's ("Defendant") Counterclaims solely to the extent Count III seeks declaratory relief concerning Defendant's use of the term "Budding Success ABA."

Plaintiff's Complaint challenges Defendant's use of "Blossoms ABA," "Blossoms ABA LLC," and "blossomsabatherapy." Plaintiff has not alleged that "Budding Success ABA" infringes Plaintiff's mark, demanded that Defendant stop using that designation, or otherwise asserted rights adverse to Defendant's use of it. Defendant therefore has not pleaded an actual controversy concerning "Budding Success ABA" sufficient to support federal subject-matter jurisdiction.

The grounds for this Motion are set forth more fully in the accompanying Memorandum in Support. Plaintiff respectfully requests that the Court dismiss Count III solely to the extent it seeks a declaration concerning "Budding Success ABA."

1

2

Dated: July 22, 2026
      New York, New York                    Respectfully Submitted,


**BOCHNER PLLC**

*/s/ Serge Krimnus*
Serge Krimnus (pro hac vice)
Bochner PLLC
1040 6th Avenue, 15th Floor
New York, NY 10018
(212) 506-6143
serge@bochner.law

2

## CERTIFICATE OF SERVICE

This is to certify that, on July 22, 2026, I, Serge Krimnus, caused a true and correct copy of PLAINTIFF / COUNTERCLAIM-DEFENDANT'S MOTION TO DISMISS COUNT III OF DEFENDANT / COUNTERCLAIM-PLAINTIFF'S COUNTERCLAIMS AS TO "BUDDING SUCCESS ABA" to be served upon Defendants' counsel via the ECF filing system designed to serve all counsel of record.


/s/ *Serge Krimnus*
Serge Krimnus

3